**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA,

        Plaintiff,

             Case Number:  08-14827
             Honorable: Robert H. Cleland
VS.             Claim Number: 1999A17826

CONNIE A. TEKE AKA WERSHINER,
XXX-XX-6969

        Defendant,
_____/

**ORDER RELEASING TAX GARNISHMENT**

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal Defendant upon receipt of this document.

             S/Robert H. Cleland
             ROBERT H. CLELAND
             UNITED STATES DISTRICT JUDGE

Dated:  June 9, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 9, 2009, by electronic and/or ordinary mail.

             S/Lisa Wagner
             Case Manager and Deputy Clerk
             (313) 234-5522